IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00171-WDM-MEH

EUGENE WIDEMAN JR.,

    Plaintiff,

v.

ELAINE CHAO, DIRECTOR, OFFICE OF WORKERS COMPENSATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 14, 2007.**

    Defendant's Unopposed Motion to Stay Discovery Pending Resolution of Motion to Dismiss Filed July 25, 2007 [Filed August 10, 2007; Docket #11] is **granted**. The jurisdictional questions raised in Defendant's Motion to Dismiss weigh in favor of a stay at this time. Accordingly, the Scheduling Conference set for August 15, 2007, is **vacated**, as are all other discovery-related deadlines. The Court will determine when to reset the Conference after issuing a Recommendation on the pending motion.

    It is FURTHER ORDERED that Defendant's counsel shall notify Plaintiff immediately that the Scheduling Conference has been vacated.