IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00171-WDM-MEH

EUGENE WIDEMAN JR.,

    Plaintiff,

v.

ELAINE CHAO, Secretary, U.S. Department of Labor,

    Defendant.

## ORDER ON MOTION FOR SUMMARY JUDGMENT

Miller, J.

This case is before me on the Motion for Summary Judgment (doc no 32). By order dated October 30, 2007, I accepted the recommendation of Magistrate Judge Michael E. Hegarty (doc no 22) that this case be remanded to the Secretary of Labor for a determination of coverage under the Federal Employees' Compensation Act ("FECA"). Plaintiff's complaint in this matter concerned his unhappiness over the handling of several claims for federal workers' compensation benefits from the Office of Workers' Compensation Programs ("OWCP") of the Department of Labor. I remanded the case to the Secretary of Labor on the grounds that Plaintiff's claims were barred by the exclusivity provisions of FECA or presented a substantial question of FECA coverage, which required evaluation by the Secretary. Specifically, my order directed that "This case will be administratively closed subject to reopening upon good cause shown after the Secretary of Labor has determined whether Plaintiff's alleged damages and injuries are covered by

FECA." Plaintiff has filed a motion apparently seeking some sort of judgment in his favor, but still has not demonstrated good cause to reopen the case. His motion contains his grievances about the quality of medical care he has received. Again, this does not resolve the issue of whether Plaintiff's claims are barred by the exclusivity provisions of FECA and does not provide good cause for reopening this matter.

Accordingly, it is ordered:

1. Plaintiff's Motion for Summary Judgment (doc no 32) is denied without prejudice.

DATED at Denver, Colorado, on November 4, 2008.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge