IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00171-WDM-MEH

EUGENE WIDEMAN, JR.,

    Plaintiff,

v.

ELAINE CHAO, Secretary, U.S. Department of Labor,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with the court's Order on Motion for Summary Judgment, the motion to strike is denied as moot.

Dated: November 5, 2008

                            s/ Jane Trexler, Judicial Assistant